# EXHIBIT B

– PAGE 2 –

**LOCATION:** Holiday Inn Crowne Plaza
**PHONE NUMBER:** 457-6300
**ADA:** Kyle Reeves – Ind 6587/94   **ZONE:** Red
**SUPERVISOR:** Tony Sorrentino
**HOME PHONE #:** ▮▮▮   **BEEPER #:** ▮▮▮
**NAME OF WITNESS IN CUSTODY:** _____
**PRISONER:** Y ✓   N ___   FEMALE ___   MALE ✓

| DAY / DATE | 0001 X 1200 HRS | ~~1200~~ 1600 X 2400 HRS |
|---|---|---|
| SUNDAY — | | |
| MONDAY — | | |
| TUESDAY — | | |
| WEDNESDAY 11/30/94 | ✗ | DeBoer / Diver |
| THURSDAY 12/1/94 | Dooley / Sorrentino | ✗ |
| FRIDAY — | | |
| SATURDAY — | | |