# EXHIBIT C



DISTRICT ATTORNEY OF KINGS COUNTY
MUNICIPAL BUILDING
BROOKLYN, N.Y. 11201
(718) 802-2000



**CHARLES J. HYNES**
DISTRICT ATTORNEY

Date **Nov. 30, 1994**

**Holiday Inn Crowne Plaza**
**104-04 Ditmars Blvd**
**ont Elmhurst N.Y.**
Fax (718) 899-5768
Tel.# (718) 457-6300

Re: Custody # **1467**

Dear Sir or Madam:

This letter is to confirm reservations made on **Nov. 30, 1994**
                                                      (date)

with **LINDA** for two rooms (single and
       (contact)

adjoining double). This custody was reserved under the name of

**Michael Wishner** and will begin on **Nov. 30, 1994**
                                              (date)

and end on **Dec. 1, 1994**
              (date)

There will be no food, telephone or movie privileges for the
single room. Telephone privileges <u>only</u> will be provided for the
adjoining double.

All billing is to be directed to the Kings County District
Attorney's Office, Attention: Mr. Richard Safianow.

Should you have any questions, please contact me at
718-802-2994.

Very truly yours,

Richard I. Safianow
Deputy Director of Operations

Confirmation # **62288013**

OPER 26 - Rev. 6/94

A-622