# EXHIBIT I

FD-1057 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Opening Electronic Communication (EC)     **Date:** 06/23/2014

**CC:** [redacted]

**From:** NEW YORK
     NY-C14
     **Contact:** [redacted]     b6 b7C b7E

**Approved By:** A/SSA [redacted]
     A/CDC
     ASAC [redacted]
     SAC Richard M. Frankel

**Drafted By:** [redacted]

**Case ID #:** 194B-NY-5086685     (U) [redacted]     b7E
     CHARLES J. HYNES;
     FORMER DISTRICT ATTORNEY;
     KINGS COUNTY DISTRICT ATTORNEY'S OFFICE;
     [redacted]

**Synopsis:** (U) CHARLES J. HYNES, the District Attorney of the Kings County District Attorney's Office from 1989 to 2013, allegedly used New York State asset forfeiture funds to pay [redacted] MATZ, BLANCATO, & ASSOCIATES for public relations and communications services, much of which involved the unsuccessful reelection bid of HYNES for District Attorney in 2013.     b6 b7C

**Full Investigation Initiated:** 06/23/2014

**Details:**

    On June 2, 2014, the City of New York Department of Investigations (DOI) released a report of findings regarding misconduct by former Kings County District Attorney CHARLES J. HYNES (HYNES). Through their investigation, it was revealed the Kings County District Attorney's Office (KCDAO) paid [redacted] MATZ, BLANCATO, & ASSOCIATES (MB&A) $1.1 million from 2003 to 2013, of which $219,924 was     b6 b7C

UNCLASSIFIED

UNCLASSIFIED

Title: (U) Opening Electronic Communication (EC)
Re: 194B-NY-5086685, 06/23/2014

in the years 2012 and 2013. This money was allegedly paid from the state of New York's asset forfeiture fund.

For background information, HYNES served as the District Attorney for Kings County (Brooklyn, NY) for six terms from 1989 until 2013. In 2013, he lost the Democratic primary [_____]. HYNES then ran as the Republican party candidate in the general election but again lost [_____].    b6 b7C

According to its website, MB&A is a full-service firm integrating strategic consulting, government affairs, advocacy services, and association and coalition management. Its staff only consists of [____] [_____] [_____] is not listed on its website.    b6 b7C

DOI is a law enforcement organization responsible for overseeing New York City agencies and employees. DOI investigates and refers for prosecution allegations of fraud, corruption, and unethical conduct by City employees. In November of 2013, DOI was legally mandated to conduct an inquiry into allegations of impropriety by HYNES and his campaign after DOI received complaints from two government entities.

In its investigation, DOI reviewed approximately 6,000 emails sent to, or received by HYNES, in an 18 month period preceding the November 2013 general election.

According to DOI's report, their findings revealed the KCDA employed [____] and the firm of MB&A from 2003 to 2013. DOI discovered approximately 80 invoices to the KCDAO from MB&A for a per diem rate of $536.40 for "Public Relations and Communications Services rendered." The weekly amount billed to the KCDAO was $2,682.00. The invoices were sent to the attention of [_____] [_____].    b6 b7C

KCDAO would issue approximately two to three checks to MB&A monthly from an account titled "Asset Forfeiture." The purpose listed for each

UNCLASSIFIED

2

UNCLASSIFIED

Title: (U) Opening Electronic Communication (EC)
Re: 194B-NY-5086685, 06/23/2014

of these expenditures was "Office Consultants (Not Case Related)."

The firm was hired to provide public relations and communications services to the entire office. However, according to DOI, the emails revealed ▬ was hired and paid strictly as a political consultant for HYNES' reelection bid. — b6, b7C

Many emails were discovered that showed HYNES and ▬ using their official KCDAO e-mail addresses to discuss issues relating to HYNES' reelection bid. In one e-mail dated June 29, 2013, HYNES sends ▬ a ten page letter on KCDAO letterhead addressed to ▬ of the New York Times ▬. The letter concludes with HYNES asking for the endorsement of the New York Times. — b6, b7C

▬ also used his personal AOL e-mail account multiple times to discuss the campaign with HYNES. In one e-mail on April 3, 2013, ▬ wrote to HYNES; "We also need a positive political agenda beyond responding to attacks...We also need a positive flow and I will bring it up tomorrow morning at ▬ [sic] meeting....Also can we or should we capitalize on the first CBS Brooklyn DA around May 21...If you agree it should be discussed I will bring it up tomorrow and speak to ▬ and his fundraising expert ▬ for ideas." Later, HYNES responded, "I leave the plan in your hands." (In the e-mail, ▬ is referring to ▬ ▬) — b6, b7C

On May 28, 2013, ▬ sent another e-mail from his personal account to HYNES that read, "Its [sic] your voice that moves the Dream Team. Not mine. I am to them just another consultant." HYNES later responded, "[t]hat is a problem that you have to deal with. I am not running this campaign. My role is limited to campaigning." — b6, b7C

These emails and others supplied by DOI in their report seem to indicate ▬ was not working for the KCDAO as a public relations consultant. Rather, he was specifically working for HYNES and his campaign in their reelection bid. According to public source information, all forfeiture funds are to be used for law enforcement — b6, b7C

UNCLASSIFIED

UNCLASSIFIED

Title:  (U) Opening Electronic Communication (EC)
Re:  194B-NY-5086685, 06/23/2014

purposes or for the prosecution of penal law offenses. Therefore, the use of these funds for political purposes may be a violation of state law.

Additionally, federal asset forfeiture rules, as they relate to the forfeiture of property, may also have been violated. In 2013, the KCDAO received approximately one million dollars of forfeiture money from the Department of Justice. As part of the acceptance of this funding, the use of forfeiture funds must be for law enforcement purposes only.

Biographical information for HYNES is as follows:

Name:       CHARLES J. HYNES

Alias:      JOE HYNES

DOB:

Residence:

Former Employment:

Kings County District Attorney's Office,

350 Jay Street, Brooklyn, NY 11201

The United States Attorney's Office for the Eastern District of New York (EDNY) Public Integrity Unit concurs with the opening of this investigation                                                                        b5

UNCLASSIFIED
4

UNCLASSIFIED

Title: (U) Opening Electronic Communication (EC)
Re: 194B-NY-5086685, 06/23/2014

[redacted] b5 b6 b7C
. AUSAs [redacted] concurred with the opening of this investigation on June 6, 2014.

After discussions with the New York Office Legal Unit, [redacted] b5 b7E

The opening of this case will be relayed to the FBIHQ, Public Corruption Unit via lead. A LHM suitable for dissemination to DOJ will be forwarded via a separate serial.

All logical investigative steps will be performed. DOI has agreed to provide to the FBI all emails in their possession for review. EDNY has agreed to issue grand jury subpoenas [redacted] b3 b5 b6 b7C

Based on the information supplied in this EC, there is an articulable and factual basis HYNES engaged in criminal activity. Therefore, it is requested a full field investigation be approved.

◆◆

UNCLASSIFIED

5