# EXHIBIT  J



OFFICE OF THE
## District Attorney
KINGS COUNTY

CUSTODY RESERVATION REQUEST

P. v. Willie Maddix

INDICTMENT #: 10234/93          CUSTODY #: 1407

REQUESTED BY: Kyle Reeves          DATE: 7/29/94

BUREAU: Red Zone          SIGNED: Kyle Reeves
          (Requestor's Signature)

APPROVED BY: _____ APPROVED: _____
          (Bureau Chief)          (Director - Witness Protection
APPROVED BY: _____          & Relocation Unit)
          (Executive A.D.A.)

DATE(S) RESERVED:          FROM: _____ TO: _____

HOTEL: _____          TELEPHONE #: _____

CONTACT: _____

REMARKS: Material witness - Robert DeJesus
Custody - Weekend
2 adjoining Rms.

ORIGINAL - FISCAL MANAGER      COPY - OPERATIONS MANAGER

FIS 16 - Rev. 5/90



DISTRICT ATTORNEY OF KINGS COUNTY
MUNICIPAL BUILDING
BROOKLYN, N.Y. 11201-3745
(718) 802-2000

Date: 7/29/94

**CHARLES J. HYNES**
DISTRICT ATTORNEY

_LaGuardia Marriott Hotel_
_120-05 Ditmars Blvd_
_East Elmhurst, N.Y._

Fax - 718/899-8504

Dear Sir/Madam:

This letter is to confirm reservation made on ___7/29/94___
(date)

confirmed with ___Renee___ in reference to Custody # _1407_
(contact)

for two rooms (single & double adjoining). This custody will last
from ___7/30/94___ and will end ___8/1/94___.
(date)                           (date)

The custody was reserved under the name _Marguerite Gramalis_
When reservations are being made, the caller will specify whether
or not there will be food, phone and movie privileges.

All billing is to be directed to Kings County District
Attorney's Office, Attn: Mr. Richard Safianow.

Should you have any further questions, feel free to contact
me at 718-802-2994.

_No Food/Room Service_
_No Pay Television_
_*Only telephone service in_
_double room, None in_
RIS/sh    _single Room_

Sincerely,

_Richard J. Safianow_

Richard I. Safianow
Deputy Director of Operations

Confirmation No. ___800888 66___

OPER 26 - 1/93