# EXHIBIT K

- PAGE 2 -

LOCATION: LaGuardia Marriot
PHONE NUMBER: 565-8900 Rm. 556
ADA: Reeves, Kyle          ZONE: Red
SUPERVISOR: Tony Sorrentino
HOME PHONE #: ▮▮▮▮▮          BEEPER #: ▮▮▮▮▮
NAME OF WITNESS IN CUSTODY: ▮▮▮▮▮
PRISONER: Y ✓   N ___   FEMALE ___   MALE ✓

| DAY / DATE | 0001 X 1200 HRS | 1200 X 2400 HRS |
|---|---|---|
| SUNDAY 7/31/94 | Sorrentino / K. Rodriguez | Bonder / Maher |
| MONDAY 8/1/94 | Salsarulo / Biagini | |
| TUESDAY | | |
| WEDNESDAY | | |
| THURSDAY | | |
| FRIDAY | | |
| SATURDAY 7/30/94 | | Larney / Loney |