# EXHIBIT L

Case 1:25-cv-01909-HG   Document 5-12   Filed 04/22/25   Page 2 of 2 PageID #: 418



DISTRICT ATTORNEY OF KINGS COUNTY
MUNICIPAL BUILDING
BROOKLYN, N.Y. 11201-3745
(718) 802-2000

**CHARLES J. HYNES**
DISTRICT ATTORNEY

Date: 7/29/94

LaGuardia Marriott Hotel
102-05 Ditmars Blvd
East Elmhurst, N.Y.
Fax- 718/899-8504

Dear Sir/(Madam):

This letter is to confirm reservation made on 7/29/94 (date) confirmed with Renee (contact) in reference to Custody # 1407 for two rooms (single & double adjoining). This custody will last from 7/30/94 (date) and will end 8/1/94 (date).

The custody was reserved under the name Marguerite Grampas

When reservations are being made, the caller will specify whether or not there will be food, phone and movie privileges.

All billing is to be directed to Kings County District Attorney's Office, Attn: Mr. Richard Safianow.

Should you have any further questions, feel free to contact me at 718-802-2994.

No Food / Room Service
No Pay Television
*Only telephone service in double room, None in single Room

RIS/sh

Sincerely,

*Richard I. Safianow*
Richard I. Safianow
Deputy Director of Operations

Confirmation No. 80088866

OPER 26 - 1/93