# EXHIBIT Q



**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**
RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
718 250-2000

July 5, 2013

Mr. Michael Dowd Esq.
425 Park Avenue, 26th Floor
New York, NY, 10022

Re: **PSNY v. Samuel Kellner**
Indictment Number 2538/2011

Dear Mr. Dowd:

On June 26 and July 1, 2013, representatives of this Office spoke with Michael Torenheim. During those interviews, Mr. Torenheim provided information that had not been previously disclosed or known to us. Accordingly, in compliance with our continuing discovery obligations set forth in CPL § 240.60, and the holdings of Brady v. Maryland, 373 U.S. 82 (1963) and Giglio v. United States, 405 U.S. 150 (1972), we timely disclose the following information:

On June 26, 2013 Michael Torenheim acknowledged that on several occasions he has told several people that Baruch Leibovits molested him.

On June 26, 2013 Michael Torenheim initially denied knowing Zalman Ashkenazi before acknowledging that he knows Mr. Ashkenazi, and that Mr. Ashkenazi is his brother's Rabbi.

On June 26, 2013 Michael Torenheim stated that Zalman Ashkenazi has supplied funds for Mr. Torenheim's attorney, his airfare to and from Israel, his apartment in Israel, and his school fees.

On July 1, 2013 Michael Torrenheim stated that he became disenchanted with Samuel Kelner after Mr. Kelner failed to pay him a fee that the two had agreed upon to testify falsely in the Grand Jury that Baruch Leibovits molested him.

On July 1, 2013, Michael Torenheim initially stated that he barely knew Zalman Askenazi before acknowledging that he has known Zalman Ashkenazi since childhood, and that he knows the entire Ashkenazi family including Zalman's father who is a Rabbi and Zalman's brother, Beryl.

On July 1, 2013, Michael Torrenheim stated that Samuel Kelner promised to finance a wedding for Mr. Torrenheim in exchange for falsely testifying in the Grand Jury that Baruch Leibovits molested him. Torrenheim added that he could not clearly remember specific dates and times because of his heavy drug and alcohol use.

On July 1, 2013, Michael Torrenheim stated that he had never seen Baruch Leibovits in his life.

On July 1, 2013 Michael Torenheim initially stated that he went to Israel because his family had arranged a possible marriage for him. After further questioning, Mr. Torenheim acknowledged that he travelled to Israel in order to avoid child molestation allegations that were being made against him by a person or persons whom he did not name.

On July 1, 2013, Michael Torenheim stated that when he is in Israel, he needs Zalman Ashkenazi's permission to return to the United States.

In addition to this letter, the People are providing a set of redacted handwritten notes that were taken during the above mentioned interviews, a redacted typed synopsis of these interviews and travel records plus credit card information indicating that Zalman Ashkenazi paid for Michael Torenheim's airline travel.

Yours truly,

Joseph P. Alexis
Assistant District Attorney

Nicholas Batsidis
Assistant District Attorney