# EXHIBIT  S

**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

CHARLES J. HYNES
*District Attorney*

<u>**Memorandum**</u>

Date:   June 7, 2012
To:     Michael Vecchione, Chief of the Rackets Division
From:  ADA Rebecca Gingold
Re:     People v. Damien Crooks, Jamali Brockett, Jawara Brockett, and Darrell Dula
          Indictment # 5226/11

<u>Synopsis</u>: Defendants are charged with Rape and other charges based on the testimony of one complainant.  Jawara Brockett and Darrell Dula are each charged with one TPO. This is basically a one witness case.

<u>Considerations:</u>

1) <u>Psychiatric History of the CW:</u>
           The complainant has long history of psychiatric problems and inpatient treatment for such problems. Complainant resided in inpatient psychiatric facilities for over 3 years from 2003-2007.  Those facilities were:  Crownsville State Hospital, Northshore LIJ-Zucker Hillside Hospital, South Beach Psychiatric Center, and Linden Hill.
           She was first hospitalized in 2003 after trying to shoot herself with a police officer's gun.

           A review of records from those facilities as well as medical records from other hospitals that make mention of CW's psychological state reveal the following:
           History of schizophrenia,  depression, and bipolar disorder on both sides of family. Through the years she has been diagnosed and treated for a variety of issues, including: Mood disorder, Bipolar disorder,  PTSD, Personality Disorder w/ antisocial and borderline traits, Schizophreniform Disorder, Depression, Suicidal Ideation. She has also been evaluated for Major Depressive Disorder, Psychotic Disorder –with probable psychotic features but not fully diagnosed with these.
           At times during her hospitalizations the CW has exhibited signs of and been treated for: mania and depressive symptoms, psychotic symptoms. She has complained of auditory hallucinations saying that she hears voices inside her head (trying to coax her to do things that are wrong), and visual hallucinations (sees images that frighten her and she believes are real), memory lapses or blackout periods of time where she reports,

1

- Because none of the evidence most damaging to the prosecution was turned over until at the earliest March 2012, the prosecution would have to admit prosecutorial misconduct (in the form of failure to make required disclosures, suppression of relevant documents and possible tampering with evidence) in order to support the credibility of CW at trial.

7) **Effect on the CW-**

Although CW has expressed a willingness to go forward and testify in this case, she has also expressly said that she does not want to go through this for nothing and has asked ADA Vecchione and ADA Gingold to tell her if this case cannot successfully go forward and she will be okay with that. She realizes how hard the process will be and does not want to endure it if the case cannot be tried successfully. In fact after the latest article regarding this case (June 3, 2012) CW was very upset by the article and by the idea of more press coverage in the future. She will certainly face cross-examination on all of the above. This would potentially very damaging to her. **As recently as today, CW called Sarah Vehling and told her she is thinking about hurting herself** because of having to continue to face these past incidents and partially because of the press interest that she has realized will not dissipate. The consequences of going forward may well be more devastating for the CW than not going forward.

5

| DATE | What happened: |
|---|---|
| 11/19/2009 | CW met with Sex Crimes |
| 12/2/2009 | Sex Crimes closes case and writes memo |
| 3/31/10 | CW files rape report |
| 4/1/10 | CW recants to special victims detective and signs a recantation - a file is generated |
| 4/19/11 | Crooks is arrested after CW reports a robbery. (Jeff Kearns made the 911 call) Case comes to KCDA as DV robbery. Assigned to DV. Case ends up being reduced to a misd. |
| 6/16/11 | CW meets with Lauren Hersh, D.I. Stephanie Green-Jones, Sarah Vehling and Michol<br><br>Complaint reports including the 3/31/10 rape allegation are printed out. |
| 6/17/11-6/21/11 | Michol works on calendar of events with CW at request of LH. CW is at KCDA's office on those days and LH does go over more events with CW. |
| 6/21/11 | CW meets with LH, KC, SGJ, SV and Michol to prep for grand jury |
| 6/22/11 | CW testifies at GJ |
| 6/27/11 | Case is indicted |
| 6/29/11 | Press conference and arraignment of Crooks and Dula |
| 7/12/11 | KC gets sex crimes memo |
| 7/27/11 | Jamali Brockett arraigned |
| 9/26/11 | First OFD packet is sent to Def Coun by AG |
| 10/5/11 | Jawara Brockett arraigned |
| 11/7/11 | Second OFD packet is sent to def couns by AG |
| 1/31/12 | CW drops a gun off with Michol which she has been holding for one of the defs. (Turns out to be a BB gun) |
| 3/13/12 | Third OFD packet is sent to def couns by AG |
| 4/6/12 | RG met with AG and KC |
| 4/9/12 | RG spoke to JCL in sex crimes- she remembers this CW. |
| 4/11/12 | RG found 61. Ordered file from special victims unit. (through sex crimes in KCDA) |
| 4/12/12 | RG received police file |
| 4/13/12 | RG contacted all def couns and sent them the recantation file. |
| 4/16/12 | Further brady letter sent to defense counsels- that CW said to LH the police had forced her to recant and sign a piece of paperwork.<br><br>When asked LH said she remembered CW saying that but didn't remember what TPO that the statement went with. And that she had never heard of a recantation by the CW or any police file that would have contained a recantation. |
| 4/17/12 | Case was on in part 50. Consented to ROR on Dula. Crooks put over for bail arg to 4/26/12 at def coun request.<br><br>LH told RG that CW had called LH and she had told her the case might be dismissed. |
| 4/18/12 | RG got a call from Det. Steve Litwin from special victims squad- just thought we should know that he called LH after he saw the press conference and told her that there was a file from 4/1/10- which was closed B6- unfounded- based on a recantation by CW. He told her there was a file of papers containing the recantation that she should get. LH told him she would follow up. He did not hear from her again.<br><br>When asked LH tells MV that Litwin did call her but that she forgot about it. |
| 4/19/12 | RG spoke to CW- she said that she told LH the first time they met that the police had forced her to recant the rape allegation and made her sign a piece of paper. |

| | |
|---|---|
| 4/26/12 | In part 50 Crooks is released ROR |
| 5/16/12 | RG asked SV if she knew why there was only one Xeroxed page of CW's journal in the file. SV said, LH told CW she didn't want the journals. |
| 5/21/12 | CW to KCDA- she was asked about record my calls by DM and MV- CW says she played the calls for LH and KC and gave them her user name and pw. CW also states that she did not delete any calls after meeting with KC and LH. (KC remembers LH asking if the calls could be deleted and that the CW sounds very conniving on them.

When asked about her journals, CW says that she brought all of her journals to KCDA to LH around the time of GJ. LH told CW that LH did not want to look at the journals, but asked CW to go through and pick out anything relevant. CW says she made copies of 3-10 pages and gave them to LH. There is only one page of journals in the case file. (SV remembers LH saying she didn't want the journals and CW could throw them away of CW wanted to.)

RG asked CW where are the journals. They are at her sister's house in Pittsburgh. Gave her sister our express mail account to mail RG the journals. |
| 5/22/12 | Met with CW again |
| 5/24/12 | RG received 14 journals |
| 5/24/12 | RG told by the "ethics panel" that there would be no referral to the grievance committee for LH. Because the def coun received all the disclosures well before trial- so no harm no foul. RG reminded them that it was on for trial when RG was assigned case. LH made no moves to ever disclose anything and defs spent 10 months in jail based on LH representation of the evidence – seems like a violation was completed. |