# EXHIBIT  T

**GINGOLD, REBECCA**

| | |
|---|---|
| **From:** | VECCHIONE, MICHAEL F |
| **Sent:** | Sunday, June 24, 2012 7:43 PM |
| **To:** | NEUBAUER, LAURA J; GINGOLD, REBECCA |
| **Subject:** | Fw: The defendants for Tuesday |

FYI- Another stream of emails!!! Oy!!

----- Original Message -----
From: HYNES, CHARLES J.
To: VECCHIONE, MICHAEL F
Sent: Sun Jun 24 19:26:11 2012
Subject: Re: The defendants for Tuesday

Ok

----- Original Message -----
From: VECCHIONE, MICHAEL F
To: HYNES, CHARLES J.
Sent: Sun Jun 24 19:25:33 2012
Subject: Re: The defendants for Tuesday

No. The only evidence is her! Try as we did we found no corroboration. In fact the more we look the more things we found that hurt her story. Given her credibility problems, including statements in her diaries and medical records which say all the sex was consensual, that the Crooks/ Dula "rape"did happen, that she's had sex with many men because she's a sex addict, we could not go forward. Add to that the various statements of delusions and hearing voices in her psych records, and we have a totally unbelievable woman.

----- Original Message -----
From: HYNES, CHARLES J.
To: VECCHIONE, MICHAEL F
Sent: Sun Jun 24 18:52:17 2012
Subject: Re: The defendants for Tuesday

Ok but if this case were to be tried today and within the S/L isn't it true we could have tried it and not be faced with her credibility problems which lead to Tuesday's dismissal?

----- Original Message -----
From: VECCHIONE, MICHAEL F
To: HYNES, CHARLES J.
Sent: Sun Jun 24 18:46:58 2012
Subject: Re: The defendants for Tuesday

No they don't

----- Original Message -----
From: HYNES, CHARLES J.
To: VECCHIONE, MICHAEL F
Sent: Sun Jun 24 18:37:27 2012

1

Subject: Re: The defendants for Tuesday

And do they admit a relationship going back to a time when she was 13 since the prosecution for statutory rape which of course is time barred?

----- Original Message -----
From: VECCHIONE, MICHAEL F
To: HYNES, CHARLES J.
Sent: Sun Jun 24 18:33:10 2012
Subject: Re: The defendants for Tuesday

Yes as to both.

----- Original Message -----
From: HYNES, CHARLES J.
To: VECCHIONE, MICHAEL F
Sent: Sun Jun 24 18:31:05 2012
Subject: The defendants for Tuesday

Isn't it a fact Mike that these two mutts admit to having sex with Dina but that it was consensual. Doesn't Dina claim that she began to have sex with Crooks (sic) Dula (sic) or both when she was 13?