UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIE MADDIX,

                    Plaintiff,

                    v.

THE CITY OF NEW YORK et al.,

                    Defendants.
-------------------------------------------------------------X

    **JUDGMENT**
    25-CV-1909 (HG)

        A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on April 8 2026, granting Defendants' motions, ECF Nos. 28 and 31, and dismissing Plaintiff's Amended Complaint in its entirety pursuant to Rule 12(b)(6); it is

        ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, New York
      April 9, 2026

                    Brenna B. Mahoney
                    Clerk of Court

                By:    */s/Jalitza Poveda*
                         Deputy Clerk