UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X
                                                :
WILLIE MADDIX,                                  :        **NOTICE OF APPEAL**
                                                :
                              Plaintiff,         :        25 CV 1909 (HG)
                                                :
              -against-                          :
                                                :
THE CITY OF NEW YORK, MARRIOTT                   :
HOTEL SERVICES, INC., and MARRIOTT              :
INTERNATIONAL, INC.,                            :
                                                :
                              Defendants.        :
                                                :
———————————————————————X

PLEASE TAKE NOTICE, that Plaintiff Willie Maddix hereby appeals to the United States

Court of Appeals for the Second Circuit from an April 8, 2026, Memorandum & Order (Gonzalez,

J.) granting Defendants' motions to dismiss his First Amended Complaint, and Judgment of that

same Court dated April 9, 2026, and entered that same, day, entering judgment in favor of

Defendants.

Dated:          April 16, 2026
                New York, New York

Andrew M. Stengel, Esq.
The Law Firm of Andrew M. Stengel, P.C.
*Attorneys for Willie Maddix*
11 Broadway Suite 715
New York, New York 10004
Tel: 212-634-9222
Fax: 212-634-9223
Email: andrew@stengellaw.com